UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FREDDIE ROBLES, EMIN DANILOV and
CESAR BLANDON, Individually and on
Behalf of All Other Persons Similarly Situated,

                                    Plaintiffs,                    08-CV-9572 (SAS)

          – against –                                    **STIPULATION AND ORDER**
COPSTAT SECURITY, LLC., COPSTAT
SECURITY, INC., ANDREWS INTERNATIONAL,
INC., RANDY ANDREWS, RONALD BELLISTRI
And JOHN DOES #1-10, jointly and severally,

                                    Defendants.
------------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, that

Plaintiffs' date to reinstate this action to the Court's active calendar as against Copstat Security,

Inc. and Ronald Bellestri is extended from April 22, 2010 through and including May 14, 2010,

or until the settlement agreement entered into by and between Plaintiffs, Copstat Security, Inc.

and Ronald Bellestri (the "Settlement") has been approved by the Court. In the event that the

Settlement is not approved by the Court, Plaintiffs shall retain the right to reinstate the action to

the Court's active calendar.

        The parties represent that they have entered into a confidential settlement following

mediation before the Hon. Henry Pitman, and counsel for the parties have exchanged draft

versions of a final settlement agreement as between Plaintiffs, Copstat Security, Inc. and Ronald

Bellestri. The parties will work diligently to finalize this agreement and to have the Settlement

submitted to the Court for approval.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/10

**CRONIN & BYCZEK, LLP**
Attorneys for Defendants
Copstat Security, Inc.
and Ronald Bellistri

By: _____
Rocco G. Avallone (RA8055)
1983 Marcus Avenue, Suite C-120
Lake Success, New York 11042
(516) 358-1700
Dated: 4/21/10

**PELTON & ASSOCIATES, P.C.**
Attorneys for Plaintiffs, Individually,
and on Behalf of All Other Persons
Similarly Situated

By: _____
Brent E. Pelton (BP1055 )
111 Broadway, Suite 901
New York, New York 10006
(212) 385-9700
Dated: 4/21/10

SO ORDERED:

_____
HON. HENRY PITMAN
U.S.M.J.    4-27-10