UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

FREDDIE ROBLES, et al.,

    Plaintiffs,

- against -

COPSTAT SECURITY, L.L.C., et al.,

    Defendants.

------------------------------------------------------X

ORDER OF
DISCONTINUANCE

08 Civ. 9572 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/10

SHIRA A. SCHEINDLIN, U.S.D.J.:

The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within seventy-five (75) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored. Any pending motions are hereby terminated as moot and shall be closed by the Clerk of the Court.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
              May 12, 2010

## - Appearances -

**For Plaintiffs:**

Brent E. Pelton, Esq.
Pelton & Associates, P.C.
111 Broadway, Suite 901
New York, NY 10000
(212) 385-9700

**For Defendants:**

Douglas Weiner, Esq.
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10177
(212) 351-4500